UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHRIS DOUGLAS MCGUIRE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:19-cv-00256-RLY-MPB |
| | ) |
| EVANSVILLE POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

**ORDER DISMISSING COMPLAINT**

This action is hereby **DISMISSED without prejudice** for Plaintiff's failure to file an Amended Complaint by September 4, 2020, as ordered by the court. The Clerk is directed to close this case.

**SO ORDERED** this 14th day of September 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copy by U.S. Mail to:

Chris Douglas McGuire, Jr.
1013 S. Lincoln Park Dr.
Evansville, IN 47714

1